MARION DOZIER PUGH v. THOMAS DAVENPORT AND WIFE, EDITH DAVEN-
PORT; THELMA DAVENPORT HASSELL AND HUSBAND, FENTRESS
HASSELL; IDA D. MAITLAND AND HUSBAND, WILL MAITLAND; WILMA
DAVENPORT SPENCER AND HUSBAND, JESSIE L. SPENCER; DALLAS
DAVENPORT AND WIFE, MARGARET D. DAVENPORT; CLARA MAY
DAVENPORT RHODES AND HUSBAND, T. EARL RHODES

No. 92PA83

(Filed 3 November 1983)

ON discretionary review pursuant to G.S. 7A-31 of a decision
of the Court of Appeals filed 18 January 1983, modifying and af-
firming the judgment of *Smith, Judge,* entered 11 August 1981 in
Superior Court, TYRRELL County.

Judge Smith declared plaintiff to be the owner of a
marketable fee simple title to property pursuant to G.S. 47B-2.
The Court of Appeals, without application or discussion of the
Marketable Title Act, held for plaintiff on the theory that the re-
mainder interest through which defendants claimed was defeated
by application of the Rule in Shelley's Case.

We allowed defendant's petition for discretionary review on 5
April 1983.

*No counsel for plaintiff appellee.*

*Charles W. Ogletree for defendant appellant.*

PER CURIAM.

After reviewing the record and briefs, and hearing oral argu-
ment on the question presented, we conclude the petition for fur-
ther review was improvidently granted. Our order allowing
defendant's petition for discretionary review is vacated. The deci-
sion of the Court of Appeals modifying and affirming the judg-
ment of Judge Smith remains undisturbed and in full force and
effect.

Discretionary review improvidently granted.